**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 4230**

------------------------------------------------------------ x
NEW YORK PRODUCE TRADE            )
ASSOCIATION, INC.                 )    No. _____
                                  )
           Plaintiff,             )
                                  )
      -against-                   )
                                  )
LOCAL UNION NO. 202, AN AFFILIATE OF )
THE INTERNATIONAL BROTHERHOOD     )
OF TEAMSTERS,                     )
                                  )
           Defendant.             )
------------------------------------------------------------ x

*RECEIVED MAY 02 2008 U.S.D.C. S.D.N.Y. CASHIERS*

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff New York Produce Trade Association, Inc. (a private non-governmental party) certifies that it has no parent corporation and no corporation owns 10% or more of any stock in Plaintiff New York Produce Trade Association, Inc.

Dated: New York, New York
       May 2, 2008

JONES DAY

By: _____
    Willis J. Goldsmith (WG 1598)
    Vicki R. Walcott-Edim (VW 1223)
    222 East 41st Street
    New York, New York 10017
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

Attorneys for Plaintiff
NEW YORK PRODUCE TRADE
ASSOCIATION, INC.

NYI-4083597v1