# Judge Hellerstein

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

New York Produce Trade Association, Inc.

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4230

Local Union No. 202, an affilliate of the
International Brotherhood of Teamsters

TO: (Name and address of Defendant)

Local Union No. 202, an affiliate of the
International Brotherhood of Teamsters
New York City Terminal Market
Room 12A
Bronx, New York 10474

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    MAY 0 2 2008

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV 4230

Date Filed: _____

Plaintiff:
**NEW YORK PRODUCE TRADE ASSOCIATION, INC.**

vs.

Defendant:
**LOCAL UNION NO. 202, AN AFFILLIATE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS**

Received by ASK Litigation Support, Inc. to be served on **LOCAL UNION 202, an affilliate of the International Brotherhood of Teamsters, New York City Terminal Market, Room 12A, Bronx, NY 10474**.

I, Simon Kahn, being duly sworn, depose and say that on the **5th day of May, 2008** at **3:00 pm**, I:

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, and Judge's and Magistrate's Rules incliding ECF** to Charles Machadio, Vice-President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 170, Hair: Blond, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/6/08___
Date

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000287
Ref: 742289.600001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j