UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK PRODUCE TRADE
ASSOCIATION, INC.

                                        08 CIV. 4230

                    Plaintiff,

                -against-                        **Judge Hellerstein**

LOCAL UNION NO. 202, AN AFFILIATE
OF THE INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

                   Defendant
-----------------------------------------------------------X

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Local Union No. 202, an Affiliate of the International Brotherhood of Teamsters, certifies that it is an unincorporated labor organization whose parent entity is the International Brotherhood of Teamsters.

Dated: New York, New York
           May 27, 2008

                                                              CARY KANE LLP

                                 By: _____
                                                Larry Cary (LC3352)
                                                Charles Pergue (CP5619)
                                                1350 Broadway, Suite 815
                                                New York, NY 10018
                                                (212) 868-6300

                                                Attorney for Defendant
                                                **LOCAL UNION NO. 202, AN AFFILIATE**
                                                **OF THE INTERNATIONAL**
                                                **BROTHERHOOD OF TEAMSTERS**

11969-1