UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
NEW YORK PRODUCE TRADE
ASSOCIATION, INC.

                Plaintiff,                         Index No: 08-cv-4230
                                                  (A.K.H.)

        -against-

LOCAL UNION NO. 202, AN AFFILIATE OF        AFFIDAVIT OF SERVICE
THE INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

                Defendant.
----------------------------------------------------------------

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

                  Grace Hewitt being duly sworn deposes and says:

      I served a copy of Defendant's Motion to Dismiss and Defendant's Memorandum of Law in Support of Motion to Dismiss on Willis J. Goldsmith, Attorney for the Plaintiffs at Jones Day, 222 East 41 Street, New York, NY 10017-6702 by Overnight Delivery on May 27, 2008.

                                               _____
                                                Grace Hewitt

Sworn to before me this
27th day of May 2008

_____
Notary Public

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 20__

11960-1