UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
NEW YORK PRODUCE TRADE
ASSOCIATION, INC.

               Plaintiff,                      Index No: 08-cv-4230
                                                                 (A.K.H.)

              -against-

LOCAL UNION NO. 202, AN AFFILIATE OF        AFFIDAVIT OF SERVICE
THE INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

               Defendant.
---------------------------------------------------------

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

               Grace Hewitt being duly sworn deposes and says:

    I served a copy of Defendant's Reply in Support of Motion to Dismiss on Willis J. Goldsmith, Attorney for the Plaintiffs at Jones Day, 222 East 41 Street, New York, NY 10017-6702 by Overnight Delivery on June 23, 2008.

                                                                        Grace Hewitt

Sworn to before me this
23rd day of June 2008

Notary Public

       JANET I. CRUZ-DIAZ
Notary Public, State of New York
       No. 01CR6018875
  Qualified in Richmond County
Commission Expires January 19, 20__

12270-1