# JONES DAY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3939
wgoldsmith@jonesday.com

JP000278:vwe
742289-605001

July 11, 2008

*[stamp]* RECEIVED JUL 14 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*[handwritten annotation: Argument is canceled / and will be re-scheduled following mediation upon request of either side. 7-15-08 AKH]*

BY FAX (212) 805-7942

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:  *New York Produce Trade Association, Inc. v. Local Union No. 202, an Affiliate of the International Brotherhood of Teamsters*, 08 Civ. 4230 (AKH)

Dear Judge Hellerstein:

Pursuant to Rule 1.D of this Court's Individual Rules, Plaintiff New York Produce Trade Association ("the Association") requests that the Court continue the oral argument scheduled for 4:00 p.m. on Tuesday, July 22, 2008 until Tuesday, September 23, 2008 because the parties are scheduled to participate in a mediation session later this month.

We have communicated with Larry Cary, Defendant's attorney, several times in an attempt to obtain Defendant's consent to the adjournment. Since Mr. Cary has yet to confirm Defendant's agreement as of 3:00 p.m. today, Plaintiff submits this request for a continuance without Defendant's consent given that oral argument is scheduled for July 22.

Should the Court grant this continuance, Plaintiff intends to reserve the right to resume litigation and pursue all available remedies in this Court should mediation prove unsuccessful.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

The Honorable Judge Alvin K. Hellerstein
July 11, 2008
Page 2


       Plaintiff has not previously requested an adjournment or extension of time in this matter. There are no other previously scheduled dates in this case that affect the Association's request for a continuance.

                    Respectfully,

                    Willis J. Goldsmith


cc:     Larry Cary, Esq. (via fax)
        Roger H. Madon, Esq. (via fax)
        Vicki R. Walcott-Edim, Esq. (by hand)